

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00150-CV

EX PARTE R.S.

§ On Appeal from County Criminal

§ Court No. 1

§ of Tarrant County (1271293)

§ August 1, 2019

§ Opinion by Justice Massengale

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant R.S. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Michael Massengale
Justice Michael Massengale